## FOURTH DEPARTMENT, OCTOBER, 1945.

### (October 3, 1945.)

NICK SOPORITO, Respondent, v. HETZLER FOUNDRIES, INC., Appellant.— Orders affirmed, with $10 costs and disbursements. All concur. (The orders deny defendant's motion to dismiss the amended complaint.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See post, p. 1010.]

DOMINIC F. SURACE, Respondent, v. PFAUDLER COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to·dismiss plaintiff's complaint.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See post, p. 1010.]

JOSEPH MUSIAL, Respondent, v. ELECTRO METALLURGICAL COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiff's complaint.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See post, p. 1010.]

EUNICE V. TAYLOR, Appellant, v. GLENN L. BUCK, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants defendant's motion to dismiss plaintiff's amended complaint.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See post, p. 1010.]

In the Matter of ANTHONY TALTY, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, with $10 costs and disbursements. All concur. (Proceeding to review a determination of the State Liquor Authority in revoking petitioner's liquor license.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

In the Matter of STELLA R. GRILLO, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, with $10 costs and disbursements. All concur. (Proceeding to review a determination of the State Liquor Authority in revoking a liquor license.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

In the Matter of CARMELO BENPENSATA, Appellant, against JOSEPH·H. BROPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party. (See Downey v. Hale, 67 F. 2d 208, and People v. Nitzberg, 289 N. Y. 523, 530.) All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENEDICT E. PAWLAK, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent. — Order affirmed, without costs of this appeal to either party, on the authority of ‘People v. Rosen (208 N. Y. 169) and People ex rel. Cullen v. Murphy (256 App. Div. 597, affd. 281 N. Y. 711). All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.